**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1740**

_____

In re:  RILEY THORNOCK,

       Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Virginia, at Richmond.  (3:25-cv-00056-RCY)

_____

Submitted:  September 25, 2025               Decided:  September 30, 2025

_____

Before GREGORY and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Riley Thornock, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Riley Thornock petitions for a writ of mandamus seeking an order for declaratory and injunctive relief against three district court judges and the district court's clerk's office, and seeking reassignment of his various cases in the district court. We conclude that Thornock is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [he] desires." *Murphy-Brown*, 907 F.3d at 795 (alteration and internal quotation marks omitted).

Mandamus may not be used as a substitute for appeal. *In re Lockheed Martin Corp.*, 503 F.3d 351, 353 (4th Cir. 2007). The relief sought by Thornock is not available by way of mandamus. Accordingly, we deny Thornock's motion to appoint counsel and deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2